**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Javier Eduardo Torres,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-02716-PHX-DJH (ASB)

**ORDER**

On May 8, 2026, Respondents filed a Notice of Compliance (Doc. 9) stating that Petitioner received a bond hearing before an immigration judge on May 7, 2026 and was released from custody on May 8, 2026. (Doc. 9).

Accordingly,

**IT IS ORDERED denying** as moot Petitioner's May 7, 2026, Emergency Motion to Enforce Judgment (Doc. 7). This case shall remain closed.

Dated this 18th day of November, 2026.

Honorable Diane J. Humetewa
United States District Judge